The following constitutes the order of the Court.
Signed: October 17, 2019

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                                     )   Case No. 19-42263 WJL
                                                          )
Rene Boisvert,                                            )
                                                          )   Chapter 13
                                                          )
                    Debtor.                               )
                                                          )
_____)

**ORDER DISMISSING CASE**

On October 17, 2019, Debtor Rene Boisvert filed a Debtor's Motion for Voluntary Dismissal of Chapter 13 Case (the "Motion") (doc. 34).

Pursuant to 11 U.S.C. § 1307(b), the Court HEREBY GRANTS Debtor's Motion and DISMISSES the above-captioned case.

The Court FURTHER ORDERS that if the above-captioned Debtor files bankruptcy in the Northern District of California within the 180 days following entry of this Order, that bankruptcy case be assigned or transferred immediately to the Honorable William J. Lafferty III.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Rene Boisvert
484 Lake Park Avenue #246
Oakland, CA 94610